**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00501-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE HECTOR DUENAS-FLORES,

    Defendant.

---

### MINUTE ORDER[1]

---

    On October 10, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **February 22, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter;

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

    3. That the telephonic setting conference set for October 17, 2012, at 10:00 a.m., is **VACATED**.

    Dated: October 10, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.